UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULGANI DAVUT,<br><br>                      Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                      Respondents. | Case No.: 3:25-cv-03740-CAB-DDL<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENTS** |

    Before the Court is Petitioner Abdulgani Davut's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition")]. In their Response, Respondents assert that Immigration and Customs Enforcement ("ICE") detained Petitioner on December 1, 2025 because it "was notified by the Intensive Supervision Appearance Program (ISAP), which handles individuals enrolled in the [Alternatives to Detention] program, that Petitioner was not compliant with the program requirements." [Doc. No. 5 at 3; Doc. No. 5-4 at 3.] Respondents are **ORDERED** to submit evidence of Petitioner's alleged noncompliance to the Court by **January 21, 2026**.

    It is **SO ORDERED**.

Dated: January 16, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1